

**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
July 19, 2021

RALPH MARK NEWTON
2464 CLOVERLAWN DRIVE
GRANTS PASS, OR 97527

RE:  Firearm-Related Challenge
     NTN:  1012XDBXV

Dear Mr. Newton:

     The fingerprints you submitted are identical with those in a record that was used in the evaluation of your firearm purchase or pawn redemption.  A copy of your FBI Identity History Summary and/or state-maintained criminal history is enclosed for your review.  Based on further review and investigation, the original prohibitive information has been resolved.

     Your FBI Identity History Summary currently reveals a potentially prohibitive arrest lacking victim relationship in association with Title 18, United States Code, sections 921(a)(33) and 922(g)(9):  "A person who has been convicted in any court of a misdemeanor crime of domestic violence which has an element for the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with or has cohabited with the victim as a spouse, parent, or guardian or by a person similarly situated to a spouse, parent, or guardian of the victim."  Please note that the crime does not have to be called "domestic violence" or "family violence" by name; so long as the convicted person used or attempted to use physical force or threatened to use a deadly weapon against someone with whom he or she was in a qualifying relationship, the standard is met..

     The FBI's Criminal Justice Information Services Division was unable to nullify the potential prohibitor.  To obtain the missing information, you may contact:

California Attorney General's Office
4949 Broadway
Sacramento, CA  95820
Phone:  916-227-3394
Date of Arrest:  December 26, 1981
Agency Case Number:  81-0854C

     If you have, or can obtain, documentation that was available at the time of the arrest/court proceedings, please provide the court documentation containing the final disposition, level of conviction, and/or convicting statute and subsection; police report or court documentation

Exhibit 1
1 of 3

RALPH MARK NEWTON

containing victim information; documentation containing information that your firearm rights were restored, a pardon was received, or the case was expunged, etc. Please be advised, a "no record found" document is not sufficient documentation and should not be provided. This includes documentation that indicates the records are no longer available, or have been destroyed, due to state retention laws.

When you have obtained all of the requested documentation listed above, please submit it to our office. However, documentation must be received within 88 days of the date of this letter. Please be advised, the FBI is required to destroy delayed transactions within 88 days. Documentation received after 88 days cannot be processed.

You may submit the documentation to the FBI Criminal Justice Information Services Division, ATTN: Criminal History Analysis Team 1, BTC 3, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306.

Additionally, the FBI received your Voluntary Appeal File (VAF) request. Unfortunately, your VAF application cannot be considered at this time because it has not been determined that you are eligible to possess or receive a firearm.

Should it be determined that you are eligible to possess or receive a firearm in the future, you will need to submit a **new** completed VAF application and fingerprint card to the FBI NICS Functional Support Unit (NFSU). Please refer to the FBI NICS NFSU website at www.fbi.gov/nics-appeals under the section heading "How to Apply for the VAF" to obtain the instructions and requirements for submitting a VAF application to the FBI NICS NFSU.

You may submit an electronic VAF application via the FBI NICS NFSU website under the section heading "How to Apply for the VAF" or you may submit a hard copy VAF application to the following address:

Federal Bureau of Investigation
Criminal Justice Information Services Division
NICS Section
NICS Functional Support Unit
Post Office Box 4278
Clarksburg, West Virginia 26302-4278

Your firearm background check will remain in a delay status unless you supply documentation that nullifies the potential firearm prohibitor. Please ensure all correspondence/submissions contain your National Instant Criminal Background Check System (NICS) Transaction Number (NTN).

Exhibit 1
2 of 3

RALPH MARK NEWTON

Failure to do so will only delay your challenge.  If you cannot obtain the documentation, you may confer with an attorney of your own choosing to determine what remedies may potentially be available to you.

Biometric Services Section
Criminal Justice Information
   Services Division

Enclosure

- 3 -

Exhibit 1
3 of 3