

**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
November 10, 2021

Mr. Ralph Mark Newton
2464 Cloverlawn Drive
Grants Pass, OR  97527

SUBJECT:  National Instant Criminal Background Check System (NICS)
Voluntary Appeal File (VAF)

Dear Mr. Newton:

The NICS Functional Support Unit (NFSU) of the FBI Criminal Justice Information Services (CJIS) Division's NICS Section has processed your VAF request and has determined you are not eligible to be entered into the VAF.  A copy of your VAF application, fingerprint card, and FBI identification record is enclosed for your review.  The record you matched contains information that falls under the following potentially prohibitive category: Title 18, United States Code, Sections 921(a)(33) and 922(g)(9): "A person who has been convicted in any court of a misdemeanor crime of domestic violence which has an element for the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with or has cohabited with the victim as a spouse, parent, or guardian or by a person similarly situated to a spouse, parent, or guardian of the victim." Please note that the crime does not have to be called "domestic violence" or "family violence" by name; so long as the convicted person used or attempted to use physical force or threatened to use a deadly weapon against someone with whom he or she was in a qualifying relationship, the standard is met.

If you wish to challenge the accuracy of the record upon which your VAF rejection is based, you may apply directly to:

United States National Park Services
5083 Foresta Road
El Portal, CA  95318
Date of Arrest:  December 26, 1981
Agency Case Number:  81547

Exhibit
3
1 of 2

Mr. Ralph Mark Newton

       If the agency holding the record has documentation which would show the record was inaccurate or that the potential prohibition was nullified, you may submit certified court documentation to the address listed below or via facsimile at 1-888-550-6427:

>Federal Bureau of Investigation
>Criminal Justice Information Services Division
>NICS Section
>NICS Functional Support Unit
>Post Office Box 4278
>Clarksburg, West Virginia 26302-4278

       No further action will be taken until documentation is provided by the contributing agency or the NFSU is notified that the record has been updated. Additional information regarding the VAF may be found on the website at www.fbi.gov/nics-appeals.

>NICS Section
>CJIS Division

Enclosures (3)