AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Ralph Mark Newton; Firearms Policy Coalition, Inc., <br><br><br> *Plaintiff(s)* <br> v. <br> United States of America, et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-cv-00150-CL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Christopher A. Wray
Director, Federal Bureau of Investigation
FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Lynch Murphy McLane LLP
Michael R. McLane
1000 SW Disk Drive
Bend, OR 97702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 01/31/2022

By: S/jmontgomery, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00150-CL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 28, 2022

*Server's signature:* Tawny Bolen

Tawny Bolen, Legal Assistant
*Printed name and title*

Benbrook Law Group
701 University Ave, Suite 106
Sacramento, CA 95825
*Server's address*

Additional information regarding attempted service, etc:

Other:

I served the summons on Defendant Christopher A. Wray, in his official capacity as Director of the Federal Bureau of Investigation by certified mail on February 1, 2022, at:

1) Christopher A. Wray
   Director, Federal Bureau of Investigation
   FBI Headquarters
   935 Pennsylvania Avenue, NW
   Washington D.C. 20535-0001

   USPS Tracking Number 70212720000110352672
   Delivered February 9, 2022

2) Civil Process Clerk
   United States Attorney's Office, District of Oregon
   1000 SW Third Ave Suite 600
   Portland, Oregon 97204

   USPS Tracking Number 70212720000110352665
   Delivered February 3, 2022

3) Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   USPS Tracking Number 70212720000110352658
   Delivered February 7, 2022

True and correct copies of the delivery confirmation for each of these tracking numbers from the United States Postal Service's website are attached.




# USPS Tracking®

**Tracking** | FAQs

## Track Another Package +



Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove

Feedback

**Tracking Number:** 70212720000110352672

Your item was picked up at a postal facility at 5:30 am on February 9, 2022 in WASHINGTON, DC 20535.

**USPS Tracking Plus® Available**

### Status

### ✓ Delivered, Individual Picked Up at Postal Facility

February 9, 2022 at 5:30 am
WASHINGTON, DC 20535

**Get Updates**

**Delivered**

### Text & Email Updates

### Tracking History

## USPS Tracking Plus®  ☐

## Product Information  ☐

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| Feedback | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2022 USPS. All Rights Reserved.

   

USPS.com® - USPS Tracking® Results

# USPS Tracking® 

Tracking | FAQs

## Track Another Package +

Track Packages Anytime, Anywhere | Get the free Informed Delivery® feature to receive automated notifications on your packages | Learn More

**Tracking Number:** 70212720000110352665

Remove

Your item was delivered to the front desk, reception area, or mail room at 12:52 pm on February 3, 2022 in PORTLAND, OR 97204.

**USPS Tracking Plus® Available**

## Status

### ✓ Delivered, Front Desk/Reception/Mail Room

February 3, 2022 at 12:52 pm
PORTLAND, OR 97204

**Get Updates**

Delivered

Feedback

**Text & Email Updates**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70212720000110352665%2C&tABt=false[2/28/2022 12:36:08 PM]

## Tracking History ☐

## USPS Tracking Plus® ☐

## Product Information ☐

**See Less** ☐

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| Feedback | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2022 USPS. All Rights Reserved.

   

# USPS Tracking®

**Tracking** | FAQs

## Track Another Package +



Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove

Feedback

**Tracking Number:** 70212720000110352658

Your item was picked up at a postal facility at 4:49 am on February 7, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available**

### Status

### ✓ Delivered, Individual Picked Up at Postal Facility

February 7, 2022 at 4:49 am
WASHINGTON, DC 20530

**Get Updates**

Delivered

### Text & Email Updates

### Tracking History

## USPS Tracking Plus®

## Product Information

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| Feedback | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2022 USPS. All Rights Reserved.

