IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| RALPH MARK NEWTON;<br>FIREARMS POLICY COALITION,<br>INC, | Civ. No. 1:22-cv-00150-CL |
| Plaintiff, | **ORDER ON JOINT<br>MOTION TO STAY<br>PROCEEDINGS** |
| v. | |
| UNITED STATES OF AMERICA;<br>MERRICK GARLAND, in his Official<br>Capacity as Attorney General of the United States;<br>CHRISTOPHER A. WRAY, in his Official Capacity<br>as Director of the FEDERAL BUREAU OF<br>INVESTIGATION; and MARVIN RICHARDSON,<br>in his Official Capacity as Acting Director of the<br>Bureau of Alcohol, Tobacco, Firearms and Explosives, | |
| Defendants. | |

CLARKE, Magistrate Judge.

This case comes before the Court on the parties' Joint Motion for Stay of Proceedings (Dkt. No. 25). Upon consideration of the parties' motion and good cause appearing therefore, the motion is GRANTED.

1 - ORDER

IT IS HEREBY ORDERED that all proceedings in this matter are stayed until 60 days from the date of this order, by which time the parties are directed to provide a status report to the Court regarding the future course of this litigation and including proposed case deadlines.

All current deadlines in this matter including Plaintiffs' deadline to respond to Defendants' pending motion to dismiss are VACATED and will be reset by further order of the Court, if necessary, after the stay expires or is dissolved.

IT IS SO ORDERED and DATED this 10 day of May, 2022.

_____
MARK D. CLARKE
United States Magistrate Judge

2 - ORDER