LYNCH MURPHY MCLANE LLP
MICHAEL R. MCLANE OSB No. 904435
1000 SW Disk Drive
Bend, OR  97702
Telephone: (541) 383-5857
Facsimile:  (541) 383-3968
mmclane@lynchmurphy.com

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK*
STEPHEN M. DUVERNAY*
400 Capitol Mall, Suite 2530
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Pro hac vice

Attorneys for Plaintiffs
RALPH MARK NEWTON AND
FIREARMS POLICY COALITION, INC.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| RALPH MARK NEWTON; FIREARMS POLICY COALITION, INC.,<br><br>                    Plaintiffs,<br>     v.<br><br>UNITED STATES OF AMERICA; MERRICK GARLAND, in his Official Capacity as Attorney General of the United States; CHRISTOPHER A. WRAY, in his Official Capacity as Director of the FEDERAL BUREAU OF INVESTIGATION; and MARVIN RICHARDSON, in his Official Capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives,<br><br>                    Defendants. | Case No.:  1:22-cv-00150-CL<br><br>**NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to Plaintiffs' voluntary dismissal of this action without prejudice, with each side to bear its own fees and costs.

Dated: July 8, 2022                     BENBROOK LAW GROUP, PC


                                        By  */s/ Bradley A. Benbrook*
                                            BRADLEY A. BENBROOK
                                            Attorneys for Plaintiffs


Dated: July 8, 2022                     BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        LESLEY FARBY
                                        Assistant Branch Director
                                        Civil Division, Federal Programs Branch


                                        By  */s/ Jody D. Lowenstein*
                                            JODY D. LOWENSTEIN
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            Attorneys for Defendants