IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RALPH MARK NEWTON, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Civ. No. 1:22-cv-00150-CL

JUDGMENT

---

MARK D. CLARKE, Magistrate Judge.

    Judgment is entered pursuant to the parties' voluntary dismissal. This case is dismissed without prejudice, with each side to bear its own fees and costs.

    DATED this 11th day of July, 2022.

                                      /s/ Mark D. Clarke
                                      MARK D. CLARKE
                                      United States Magistrate Judge